June 10, 1910.) Action by John A. Fulton against Hazel L. Fulton and others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

FULTON LIGHT, HEAT & POWER CO. et al. v. STATE. (Supreme Court, Appellate Division, Third Department. May 4, 1910.) Action by the Fulton Light, Heat & Power Company and another against the State of New York. No opinion. Judgment (65 Misc. Rep. 263, 121 N. Y. Supp. 536) unanimously affirmed, without costs.

F. V. SMITH CONTRACTING CO., Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. May 20, 1910.) Action by the F. V. Smith Contracting Company against the City of New York. T. Connoly, for appellant. Hardy & Shellabarger, for respondent. No opinion. Order affirmed, with costs, on the authority of Rothenberg v. Brooklyn Heights R. Co., 135 App. Div. 151, 119 N. Y. Supp. 1001. Order filed. See, also, 128 App. Div. 926, 112 N. Y. Supp. 1130.

GA NUN, Appellant, v. PALMER, Respondent. (Supreme Court, Appellate Division, Second Department. June 10, 1910.) Action by Mary F. Ga Nun, on behalf of herself and all the other creditors of Jane M. Sands, deceased, against Mary E. Palmer, individually and as executrix, etc. No opinion. Judgment (116 N. Y. Supp. 23), affirmed, with costs.

GARDINER'S BAY CO., Appellant, v. ATLANTIC FERTILIZER & OIL CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 17, 1910.) Action by the Gardiner's Bay Company against the Atlantic Fertilizer & Oil Company. No opinion. Judgment and order affirmed, with costs.

GASS v. LINCH. (Supreme Court, Appellate Division, First Department. June 24, 1910.) Appeal from Special Term, New York County. Action by John Gass against George Linch, as receiver, etc., to compel the defendant to pay judgment, or in lieu thereof that plaintiff have judgment against the property of the debtor. From a judgment for plaintiff, the receiver appeals. Reversed. Charles E. Chalmers, for appellant. Carlisle J. Gleason, for respondent.

PER CURIAM. We do not think that the plaintiff presented such a condition of the affairs of the receivership as entitles him to a summary order directing that an execution issue. The claim can be more satisfactorily disposed of on the final accounting. The order should therefore be reversed, with $10 costs and disbursements, and the motion denied, with $10 costs.

GENERAL RY. SIGNAL CO., Respondent, v. TITLE GUARANTY & SURETY CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 1, 1910.) Action by the General Railway Signal Company against the Title Guaranty & Surety Company.

PER CURIAM. Judgment affirmed, with costs.

WILLIAMS, J., dissents, on the ground that the undertaking was never executed by the person for whose benefit it was given, as required by its terms, and on the further ground that the plaintiff failed to check up the accounts monthly, as agreed to be done by the plaintiff.

GERAGHTY, Appellant, v. DALY et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 10, 1910.) Action by William F. Geraghty against James W. Daly and another. No opinion. Judgment unanimously affirmed, with costs.

In re GEUS. (Supreme Court, Appellate Division, First Department. June 24, 1910.) In the matter of Henrick Geus, deceased. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GILLENDER, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. April 22, 1910.) Action by Jessie Gillender against the City of New York. C. DeH. Brower, for appellant. T. Connoly, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 127 App. Div. 612, 111 N. Y. Supp. 1051.

SCOTT, J., dissents.

GILLIS, Respondent, v. NEW YORK & N. S. TRACTION CO., Appellant. McGIRR v. SAME (two cases). (Supreme Court, Appellate Division, First Department. June 3, 1910.) Actions by Margaret Gillis, by Patrick McGirr and by Catherine McGirr against the New York & North Shore Traction Company. J. A. MacElhinney, for appellant. C. Steckler, for respondent. No opinions. Judgments affirmed, with costs. Orders filed.

GOLDBLUM, Respondent, v. MAYOR, LANE & CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 10, 1910.) Action by Joseph Goldblum against Mayor, Lane & Co.

PER CURIAM. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on account of confusing and inconsistent rulings with regard to plaintiff's suffering from pleurisy. If plaintiff desires to recover for pleurisy, he should ask to amend his complaint.

GOLDBLUM et al., Respondents, v. MAYOR, LANE & CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 10, 1910.) Action by Jacob Goldblum and another against Mayor, Lane & Co. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

GOLDSTEIN v. LOEW. (Supreme Court, Appellate Division, First Department. April